# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joshua Bruser (SBN 292722)<br>Bruser Law<br>1831 Missouri Street<br>San Diego, CA 92109<br><br>TELEPHONE NO.: (858) 342-0551   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): josh.bruser@gmail.com<br>ATTORNEY FOR (Name): Annette King | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**06/18/2020** at 12:53:06 PM<br><br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Hall of Justice

PLAINTIFF: Annette King

DEFENDANT: Costco Wholesale Corporation

[x] DOES 1 TO 10

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [ ] OTHER (specify):<br>    [ ] Property Damage   [ ] Wrongful Death<br>    [x] Personal Injury   [ ] Other Damages (specify):<br>Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded   [ ] does not exceed $10,000<br>                    [ ] exceeds $10,000, but does not exceed $25,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | 37-2020-00020770-CU-PO-CTL |

1. Plaintiff (name or names): Annette King

   alleges causes of action against defendant (name or names):
   Costco Wholesale Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Annette King | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [x] **except defendant** *(name):* Costco Wholesale Corporatio
      (1) ☐ a business organization, form unknown
      (2) [x] a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [x] Doe defendants *(specify Doe numbers):* 1-5       were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants *(specify Doe numbers):* 6-10      are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [x] at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. [x] other *(specify):*

   Costco operates several warehouses in San Diego County thereby subjecting itself to the Court's jurisdiction. Further, most of the witnesses are located in San Diego County including the plaintiff and her treating doctors.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]            **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**            Page 2 of 3

PLD-PI-001

| SHORT TITLE: Annette King | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle
b. ☒ General Negligence
c. ☐ Intentional Tort
d. ☐ Products Liability
e. ☒ Premises Liability
f. ☐ other *(specify):*

11. Plaintiff has suffered
a. ☒ wage loss
b. ☐ loss of use of property
c. ☒ hospital and medical expenses
d. ☒ general damage
e. ☐ property damage
f. ☒ loss of earning capacity
g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☒ compensatory damages
(2) ☐ punitive damages
The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
(1) ☒ according to proof
(2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: June 17, 2020

Joshua Bruser
(TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: King v. Costco Wholesale Corp | CASE NUMBER: |
|---|---|

**1** **CAUSE OF ACTION—General Negligence** Page **4**
(number)

ATTACHMENT TO [x] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Annette King

alleges that defendant *(name):* Costco Wholesale Corporation

[x] Does **1** to **10**

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* July 1, 2018

at *(place):* Costco Gas located at 27220 Heather Ridge, Laguna Niguel, CA 92677

*(description of reasons for liability):*
   Plaintiff Annette King ("King"), 71 years old at the time, was driving back to her home in Del Mar, CA from Orange County and needed gas. She pulled into the Costco Gas in Laguna Niguel around 2pm on July 1, 2018. Her vehicle was at a complete stop while she waited her turn for an open gas pump. Another driver, Michael Margiotta, pulled into the gas station too fast and collided with Ms. King's car. Despite wearing her seatbelt, the physics of the collision forced her head to whiplash forward and back two times. The impact to her head and neck was so severe that she lost consciousness for almost two minutes. Upon awakening she tried to exit her vehicle but her gait was very unstable and she had an excruciating headache. Using her car for support, she walked back to inspect the damage and speak with the other driver. They exchanged information and he left.
   Each Costco gas station in Southern California fuels approximately 4,000 cars per day. These locations generate millions of dollars for Costco every month. Because of this revenue and the enormous volume of traffic that goes thru these stations, Costco has a duty of care to do everything reasonably possible to ensure customers are safe from foreseeable, dangerous conditions when fueling those vehicles. As a result, Costco has personnel stationed at the gas pumps to assist customers like Ms. King when foreseeable problems, such as collisions, arise. Costco breached this duty of care when after the collision, which should've attracted the attention of a Costco gas station attendant, no attendant came to her aid. (We requested security footage but it was never provided). Right after the crash Ms. King could barely stand while she attempted to fuel her car. Had an attendant noticed the collision or her unstable gait or her inability to properly fuel her car, they could have rendered aid, arranged a ride home, called her an ambulance or checked her condition. Instead, they did nothing. Still in excruciating pain, she drove home to sleep off her pain. Five days later, she still had intense headaches, disorientations, and could not move her neck without extreme pain. A friend drove her to the ER where she was diagnosed with a severe concussion and a C1-C2 dislocation and a transverse ligament injury that necessitated immediate surgery. Costco's failure to render aid caused Ms. King's injuries to significantly worsen because they went unchecked for several days. This resulted in additional injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(4)

| SHORT TITLE: King v Costco Wholesale Corp. | CASE NUMBER: |
|---|---|

**2**      **CAUSE OF ACTION—Premises Liability**      Page __5__
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Annette King
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* July 1, 2018      plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

While waiting to fuel her car, she was rear-ended, which resulted in a severe concussion and a vertebrae dislocation. Costco owned/controlled the property where the collision occurred; Costco was negligent in its use/maintenance of that property; Ms. King was severely harmed on the property necessitating neck surgery; Costco's negligence was a substantial factor in Ms. King's harm.

Prem.L-2.   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Costco Wholesale Corporation

     [✓] Does __1__ to __10__

Prem.L-3.   [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

     [ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.   [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

     [ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

     [ ] Does _____ to _____
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov